```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                    Case No. 12-00461-JJT
Steven Michael Stepanski                                  Chapter 13
Ruth E Stepanski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AGarner         Page 1 of 1           Date Rcvd: Mar 10, 2017
                           Form ID: ntrevtfr      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2017.
db/jdb        +Steven Michael Stepanski,   Ruth E Stepanski,   404 E. Church St,   Nanticoke, PA 18634-2530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                              Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2017 at the address(es) listed below:
          Carol Weiss Baltimore    on behalf of Joint Debtor Ruth E Stepanski bandicot6@aol.com
          Carol Weiss Baltimore    on behalf of Debtor Steven Michael Stepanski bandicot6@aol.com
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Dominick P. Pannunzio    on behalf of Creditor   Franklin Security Bank pannunziolaw@comcast.net,
           fisherlawoffice@yahoo.com
          James  Warmbrodt   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
          Jill  Manuel-Coughlin   on behalf of Creditor   Bank of America, N.A., Successor by Merger
           jill@pkjllc.com,  chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Steven Michael Stepanski
Ruth E Stepanski

Debtor(s)

Chapter          13

Case No.       5:12−bk−00461−JJT

## Notice

Notice to the Joint Debtor:

The Trustee has filed a final report and final account certifying that the estate has been fully administered. If within thirty (30) days no objection has been filed by the United States Trustee or a party in interest, pursuant to F.R.B.P. 5009, there shall be a presumption that the estate has been fully administered and this case will be closed without further notice.

Pursuant to L.B.R. 3015−5 a discharge will not be entered for  joint debtor  unless a Certification Regarding Domestic Support Obligations is filed. Only Certifications filed on or after the date the Trustee certifies plan payments were completed are valid, certifications filed before that date must be refiled.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: AGarner |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 10, 2017 |