```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 12-00461-JJT
Steven Michael Stepanski                                        Chapter 13
Ruth E Stepanski
        Debtors                **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AGarner          Page 1 of 1          Date Rcvd: Mar 21, 2017
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2017.
db/jdb        +Steven Michael Stepanski,   Ruth E Stepanski,   404 E. Church St,   Nanticoke, PA 18634-2530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
              Carol Weiss Baltimore    on behalf of Joint Debtor Ruth E Stepanski bandicot6@aol.com
              Carol Weiss Baltimore    on behalf of Debtor Steven Michael Stepanski bandicot6@aol.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dominick P. Pannunzio    on behalf of Creditor   Franklin Security Bank pannunziolaw@comcast.net,
               fisherlawoffice@yahoo.com
              James Warmbrodt     on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin     on behalf of Creditor   Bank of America, N.A., Successor by Merger
               jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              John Michael Steidle    on behalf of Creditor   Citizens Bank, N.A. fka RBS Citizens, N.A.
               jmsteidle@burnswhite.com, lmquinn@burnswhite.com;drevanchock@burnswhite.com;creeves@hunton.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

STEVEN MICHAEL STEPANSKI
RUTH E STEPANSKI
    Debtor(s)

Chapter      13

Case Number:    **5:12-bk-00461-JJT**

## ORDER

    It is hereby, **ORDERED** that the Application Requesting Redaction of personal Information is:

    **GRANTED.** The Redacted document(s) must be filed with the Court within fourteen (14) days of the date of this Order by the: **Applicant  The Clerk is directed to immediately restrict public viewing of the subject document re: claim 1-1.**

    Dated: March 21, 2017

By the Court,

*[signature]*

John J. Thomas, Bankruptcy Judge
(RPR)