```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 12-00461-JJT
Steven Michael Stepanski                                            Chapter 13
Ruth E Stepanski
        Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AGarner             Page 1 of 1          Date Rcvd: Apr 13, 2017
                              Form ID: fnldec           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2017.
db/jdb         +Steven Michael Stepanski,   Ruth E Stepanski,   404 E. Church St,   Nanticoke, PA 18634-2530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2017 at the address(es) listed below:
              Carol Weiss Baltimore    on behalf of Joint Debtor Ruth E Stepanski bandicot6@aol.com
              Carol Weiss Baltimore    on behalf of Debtor Steven Michael Stepanski bandicot6@aol.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dominick P. Pannunzio    on behalf of Creditor   Franklin Security Bank pannunziolaw@comcast.net,
               fisherlawoffice@yahoo.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    Bank of America, N.A., Successor by Merger
               jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              John Michael Steidle    on behalf of Creditor    Citizens Bank, N.A. fka RBS Citizens, N.A.
               jmsteidle@burnswhite.com,  lmquinn@burnswhite.com;drevanchock@burnswhite.com;creeves@hunton.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Steven Michael Stepanski<br>404 E. Church St<br>Nanticoke, PA 18634 | Chapter 13<br>Case No. 5:12−bk−00461−JJT |
| Ruth E Stepanski<br>404 E. Church St<br>Nanticoke, PA 18634 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−4588
xxx−xx−6123

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: April 13, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: AGarner, Deputy Clerk